UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IDEAPROS, LLC,<br><br>                              Plaintiff,<br><br>v.<br><br>SCOTT SANBORN,<br><br>                             Defendant. | Case No.:  3:19-cv-2307-JAH-AHG<br><br>**ORDER MODIFYING EARLY NEUTRAL EVALUATION AND CASE MANAGEMENT CONFERENCE TO BE TELEPHONIC AND ISSUING UPDATED PROCEDURES** |

      On February 11, 2020, the Court scheduled the Early Neutral Evaluation ("ENE") and Case Management Conference ("CMC") in this matter for April 24, 2020 at 9:30 a.m. ECF No. 7. In accordance with the Local Rules, the Court required personal attendance of all parties, party representatives, including claims adjusters for insured defendants, and the primary attorney(s) responsible for the litigation. *Id*. at 2. On March 17, 2020, Chief Judge Larry A. Burns issued an Order in response to the COVID-19 public emergency

("CJO #18")[1] which, among other things, suspends the requirement under Civil Local Rule 16.1(a) that ENEs be conducted in person to protect public safety and prevent the spread of COVID-19. *See* CJO #18 at ¶ 9. Accordingly, the Court **MODIFIES** the ENE and CMC to be **telephonic** for all attendees. To facilitate this modification, the Court hereby **ORDERS** as follows:

1. Counsel and parties or client representatives **with full settlement authority** for each party must be **immediately available by telephone** between the hours of **9:30 a.m.** and **12:30 p.m.** on April 24, 2020.

2. Throughout this window of time, the Court will initiate separate, confidential calls with Plaintiff and Defendant, respectively. Each party must provide the Court with a single phone number to use to initiate these calls, with both counsel and parties or representatives already conferenced in and ready to engage in settlement discussions. Counsel must contact the Court at efile_goddard@casd.uscourts.gov no later than **April 21, 2020** to provide each party's preferred phone number for the ENE and CMC, and any other necessary call-in information for the Court (i.e., conference line passcodes).

3. All participants shall be prepared to devote their full attention to this proceeding as if they were attending in person, i.e., cannot be driving while speaking to the Court.

4. If the case does not settle through the telephonic ENE process, the Court will hold the CMC on its chambers teleconference line at 1-877-873-8018 after concluding the ENE calls. If and when the Court determines settlement is not possible, the Court will notify counsel for each side to call in to the teleconference line for the CMC at the appropriate time. Counsel must use the access code 8367902 to join the CMC.

---

[1] CJO #18 is available on the Court website at https://www.casd.uscourts.gov/_assets/pdf/rules/Order%20of%20the%20Chief%20Judge%2018.pdf.

5. All dates, deadlines, procedures, and requirements set forth in the Court's Order Setting ENE and CMC (ECF No. 7) remain in place, except as explicitly modified by this order.

**IT IS SO ORDERED.**

Dated: April 8, 2020

Honorable Allison H. Goddard
United States Magistrate Judge