# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IDEAPROS, LLC (a Wyoming Limited Liability Company),<br><br>Plaintiff,<br><br>v.<br><br>SCOTT SANBORN and Does 1 through 10,<br><br>Defendant. | Case No. 19cv2307-JAH (AHG)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |

On April 29, 2020, Plaintiff, IdeaPros, LLC, and Defendant, Scott Sanborn, filed a joint motion to dismiss this case with prejudice. *See* Doc. No. 13.

IT IS HEREBY ORDERED that the joint motion is **GRANTED**. The case is **DISMISSED** with prejudice. Each party will bear its own costs and attorneys' fees in connection with this action.

**IT IS SO ORDERED.**

Dated: May 4, 2020

_____
Hon. John A. Houston
United States District Judge

1